# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAY ALLEN JOHNSON | ) | Case No. 4:21-mj-00096-SAO |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2021__ in the county of _____ in the _____ District of __ALASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 | Threatening to murder a United States official with the intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with the intent to retaliate against such official on account of the performance of official duties. |
| 18 U.S.C. § 844(e) | The use of a telephone to willfully make a threat to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, o other real or personal property by means of fire or an explosive. |
| 18 U.S.C § 875(c) | Transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Patrick Allen Oudbier, Special Agent
*Printed name and title*

Sworn to before me ~~and signed~~ in my presence.

Date: 10/01/2021

_____
*Judge's signature*

City and state: Fairbanks, Alaska
Scott A. Oravec, United States Magistrate Judge
*Printed name and title*