IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAY ALLEN JOHNSON, Defendant. | Case No. 4:21-mj-00096-SAO |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Patrick Allen Oudbier, being duly sworn, depose and say:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, assigned to the Anchorage, Alaska Division, Fairbanks Resident Agency. I am a Special Agent with the Federal Bureau of Investigation and have been since May 2019. Since October 2019, I have been assigned to the Anchorage Field Office, Fairbanks Resident Agency. I investigate violations of federal law in the State of Alaska, as well as other violations of law. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of search warrant affidavits and in conducting searches pursuant to judicially authorized search warrants. I am an investigative law enforcement officer of the United States who is empowered by law to conduct investigations and to

make arrests for offenses enumerated in Title 18 of the United States Code. I graduated from the FBI Academy in Quantico, Virginia and have received basic, advanced, and on-the-job training in the investigation of criminal violations of federal law. I have investigated violations to include, but are not limited to, mail fraud, wire fraud, fraud against the government, health care fraud, possession and distribution of child pornography, bank robbery, and threatening communications.

2. This affidavit is in support of an application for a complaint charging Jay Allen Johnson of Delta Junction, Alaska with the violation of Title 18, U.S.C. § 115 for threatening to murder a United States official with the intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with the intent to retaliate against such official on account of the performance of official duties; violation of Title 18, U.S.C. § 844(e) for the use of a telephone to willfully make a threat to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive; and Title 18, U.S.C. § 875(c) for transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another.

3. The information herein is based upon my personal knowledge, discussions I have had with other law enforcement officers, reports I have read, or from those specific sources as set forth. It does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

## STATEMENT OF FACTS

4. On 09/02/2021, law enforcement personnel received information from a United States Senator ("SENATOR 1"), concerning a threatening voicemail that was received at SENATOR 1's Washington D.C. office, at telephone number 202-224-xxxx, on 09/02/2021. The call appeared to have originated from telephone number 325-232-xxxx based on caller identification used at SENATOR 1's office.

5. The voicemail, identified by SENATOR 1's office, was directed to SENATOR 1, and the caller states, "I will find out everything, where you're at. I will find out all of your properties and I will burn everything you hope to have, and I will burn everything you hope to own." The caller then goes on to state, "I will use my mother fucking veteran's skills…50 caliber shell, you ever see what that does to a fucking human head?"

6. On 09/02/2021, law enforcement requested a onetime ping and subscriber information from AT&T for telephone number 325-232-xxxx. AT&T provided that telephone number 325-232-xxxx pinged at a latitude and longitude in the vicinity of Delta Junction, Alaska on 09/02/2021 at 19:54:55 GMT. AT&T also stated that Pure Talk Inc. was the company that could provide subscriber information.

7. On 09/02/2021, law enforcement requested subscriber information for telephone number 325-232-xxxx from Pure Talk Inc. Pure Talk Inc. provided the name C.P. with address P.O. Box 1246, Delta Junction, Alaska 99737 as the subscriber associated with the telephone number 325-232-xxxx.

8.     Open source research found C.P. was married to Jay Johnson in the state of Texas in 2016.

9.     Additional open source research associates Jay Johnson and C.P. to telephone number 325-232-xxxx, P.O. Box 12xx, Delta Junction, Alaska 99737, and xxxx Mark Drive, Delta Junction, Alaska 99737.

10.    Postal records indicate that the aforementioned P.O. Box is rented to Jay Johnson: AKDL 3665xxxx; xxxx Mark Drive, Delta Junction, AK 99737-1246; Phone number 325-232-xxxx.

## ADDITIONAL STATEMENT OF FACTS

11.    From April 2021 to September 2021, another United States Senator's (Senator 2") office received 13 voice messages from telephone number 325-232-xxxx. In several of those voice messages, the caller identified himself as Jay Johnson. In one of the voice messages, the caller identifies himself as Jay Johnson located at P.O. Box 12xx, Delta Junction, Alaska.

12.    From August 2021 to September 2021, SENATOR 1's office received four voice messages from telephone number 325-232-xxxx.

13.    On 09/29/2021, SENATOR 1's office received a voice message from telephone number 325-232-xxxx. The call was made to SENATOR 1's Washington D.C. office telephone number 202-224-xxxx. The voice message was directed to SENATOR 1 by name and the caller threatens to hire an assassin to kill SENATOR 1. The caller also states: "resign or get the fuck gone, or die."

## CONCLUSION

14.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Jay Allen Johnson violated Title 18, U.S.C. § 115 (Influencing, impeding, or retaliating against a Federal official by threatening), Title 18, U.S.C. § 844(e) (Unlawful Acts Involving Explosive Materials), and Title 18, U.S.C. § 875(c) (threatening communications). Accordingly, I respectfully request that the Court issue a complaint charging Jay Allen Johnson with those crimes.

Respectfully submitted,

Matthew Patrick Allen Oudbier,
Special Agent, Federal Bureau of
Investigation

Sworn to before me on October 1, 2021

THE HONORABLE SCOTT A. ORAVEC
United States Magistrate Judge